AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

CLIFF JOHNSON
7215 County Road 37
Clanton, AL 35045-7668

**WARRANT FOR ARREST**

Case Number:  2:06cr169-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CLIFF JOHNSON_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with    (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Use of a Communication Facility to Facilitate Drug Distribution
Distribution of Cocaine Hydrochloride

in violation of Title _____21_____ United States Code, Section(s) _____846, 841(a)(b), 841(a)(1), 843(b)_____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

By: _____(signature)_____
Signature of Issuing Officer

July 24, 2006, Montgomery, Alabama
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |