**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**
----------------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                    **DATE: March 13, 2007**
❒ **BOND HEARING**
❒ **DETENTION HEARING**                   **Digital Recording 4:16 - 4:26**
❒ **PRELIMINARY (EXAMINATION)(HEARING)**
❒ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

----------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker     DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:06cr169-WKW          DEFENDANT NAME: Cliff Johnson**

**AUSA: Clark Morris               DEFT. ATTY:   Jim Cooper**

**Type Counsel: ( )Retained; ( √ ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Sandra Wood**

**Interpreter needed: ( √ ) NO; ( )YES   Name:**

_____

| | |
|---|---|
| ❒ | **Date of Arrest  or** ❒ **Arrest Rule 40** |
| √ | **Deft First Appearance. Advised of rights/charges.** ❒ **Prob/Sup Rel Violator** |
| √ | **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.** |
| √ | **ORAL ORDER appointing CJA Panel Attorney - Notice of Appearance to be filed** |
| ❒ | **Panel Attorney Appointed;** ❒ **to be appointed - prepare voucher** |
| ❒ | **Deft. Advises he will retain counsel.  Has retained** _____ |
| ❒ | ❒ **Government's ORAL  Motion for Detention Hrg.** ❒ **to be followed by written motion;** ❒ **Government's WRITTEN Motion for Detention Hrg. filed** |
| ❒ | **Detention Hearing** ❒ **held;** ❒**set for** |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** |
| ❒ | **Release order entered.  Deft advised of conditions of release** |
| ❒ | ❒ **BOND EXECUTED (M/D AL charges) $. Deft released** |
| | ❒ **BOND EXECUTED (R. 40) - deft to report to originating district as ordered** |
| ❒ | **Bond not executed.  Defendant to remain in Marshal's custody** |
| ❒ | **Deft. ORDERED REMOVED to originating district** |
| ❒ | **Waiver of** ❒ **preliminary hearing;** ❒ **Waiver Rule 40 hearing** |
| ❒ | **Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury** |
| √ | **ARRAIGNMENT -  Plea of NOT GUILTY entered.** |
| | **DISCOVERY DISCLOSURE DATE:  3/13/07** |
| √ | **CRIMINAL TERM:   June 4, 2007** |
| ❒ | **NOTICE to retained Criminal Defense Attorney handed to counsel** |