IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:06cr-169-WHA |
| | * | |
| CLIFF JOHNSON | * | |
|     Defendant. | * | |

## MOTION TO PRODUCE DEFENDANT CLIFF JOHNSON

    COMES, James R. Cooper, Jr. who on behalf of his client Cliff Johnson, does request that his client be produced at the pre-trial hearing set September 28, 2007, beginning at 3:00 P.M before Judge Walker.

RESPECTFULLY SUBMITTED,

/s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 25th day of September, 2007 , I have served a copy of the foregoing Motion to Produce the Defendant at the Pre-Trial Hearing  Upon Ms. Clark Morris, AUSA , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.

JAMES R. COOPER, JR.

CC:
Cliff Johnson
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104