IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CLIFF JOHNSON | ) | |

## **ORDER**

Upon consideration of defendant's motion to produce defendant (Doc. # 324) filed September 25, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The United States Marshal is DIRECTED to produce the defendant for the pretrial conference scheduled for 3:00 p.m. on September 28, 2007 in courtroom 5-B.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE