IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CLIFF JOHNSON | ) | |

## **ORDER**

Upon consideration of defendant's motion for bill of particulars (Doc. # 322), filed September 25, 2007, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before October 4, 2007.

DONE, this 26th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE