IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | *<br>*<br>* | |
| vs. | *<br>* | CR. NO. 2:06cr-169-WHA |
| CLIFF JOHNSON<br>    Defendant. | *<br>* | |

### CLIFF JOHNSON'S NOTICE OF CHANGE OF PLEA

COMES, James R. Cooper, Jr. who on behalf of his client Cliff Johnson, does give notice that Mr. Johnson intends to change his plea from Not Guilty to Guilty.

1. The date of October 16, 2007, at 3:00 P.M. for the Guilty Plea is SATISFACTORY with counsel.

RESPECTFULLY SUBMITTED,

/s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of September, 2007, I have filed the Notice of Change of Plea Upon Ms. Clark Morris, AUSA , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

/s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Cliff Johnson
Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36104