IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| CLIFF JOHNSON | ) | |

## **ORDER**

Upon consideration of defendant's motion to withdraw motion for bill of particulars (Doc. # 341), filed September 28, 2007, and for good cause, it is

ORDERED that the motion is DENIED as moot. The court orally granted defendant's oral motion to withdraw at the pretrial conference on September 28, 2007.

DONE, this 1st day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE