IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-169-WKW |
| ) | |
| CLIFF JOHNSON ) | |
| DEMETRIA MILLS ) | |
| JAMES CALVIN TALLEY ) | |

## ORDER

Upon consideration of the government's Motion for Forfeiture Hearing as to Demetria Mills (Doc. #458), Cliff Johnson (Doc. #459), and James Calvin Talley (Doc. #460), it is ORDERED that the following forfeiture hearings are **SET** in Courtroom 2E, Frank M. Johnson Jr. United States Courthouse Complex, Montgomery, Alabama:

Demetria Mills, **December 19, 2007, at 1:30 p.m.**; Cliff Johnson, **December 19, 2007, at 2:30 p.m.**; and James Calvin Talley, **December 19, 2007, at 3:30 p.m.**

DONE, this 19th day of November, 2007.

　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE