```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| **CLIFF JOHNSON,** | ) | |
| **DEMETRIA MILLS and** | ) | |
| **JAMES CALVIN TALLEY** | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 19th day of February, 2008.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                          **/s/Tommie Brown Hardwick**
                                          TOMMIE BROWN HARDWICK
                                          Assistant United States Attorney
                                          Bar Number: ASB4152 W86T
                                          131 Clayton Street
                                          Montgomery, Alabama 36104
                                          Phone: (334) 223-7280
                                          Fax: (334) 223-7135
                                          E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                Respectfully submitted,

                                **/s/Tommie Brown Hardwick**
                                TOMMIE BROWN HARDWICK
                                Assistant United States Attorney