Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
## COURT CASE NUMBER: 2:06CR169-WKW; NOTICE OF FORFEITURE

Notice is hereby given that on December 19, 2007, in the case of U.S. v. Cecillo Pachache, et al., Court Case Number: 2:06CR169-WKW, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the defendant's right, title, claim and interest in the following property to the United States of America:

> 2002 Chevrolet Tahoe VIN# 1GNEC13Z52R236758 (06-DEA-458904), which was seized from Demetria Mills on October 19, 2005 at 2324 11th Street East, located in Tuscaloosa, AL

> 1965 Chevrolet Impala VIN# 164695D182229 (06-DEA-459110), which was seized from Clifton Johnson on October 19, 2005 at 7215 County Road 37, located in Clanton, AL

> Mutual Savings Credit Union Account #88880-0, Value: $30,141.84 U.S. Currency Acct# 88880-0 (06-DEA-466449), which was seized from James Talley Jr. on April 14, 2006 at Mutual Savings Credit Union, 1501 7th Street, located in Clanton, AL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (January 07, 2008) of this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition must be filed with the Clerk of the Court, One Church Street, Montgomery, AL 36104, and a copy served upon Assistant United States Attorney John T. Harmon, One Court Square, Suite 201, Post Office Box 197 (36101), Montgomery, AL 36104. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 7, 2008 and February 5, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Cecillo Pachache, et al.
**Court Case No:** 2:06CR169-WKW
**For Asset ID(s):** See Attached Asset List

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/07/2008 | 22.5 | Verified |
| 2 | 01/08/2008 | 23.7 | Verified |
| 3 | 01/09/2008 | 23.6 | Verified |
| 4 | 01/10/2008 | 24.0 | Verified |
| 5 | 01/11/2008 | 23.6 | Verified |
| 6 | 01/12/2008 | 23.7 | Verified |
| 7 | 01/13/2008 | 23.1 | Verified |
| 8 | 01/14/2008 | 23.6 | Verified |
| 9 | 01/15/2008 | 23.6 | Verified |
| 10 | 01/16/2008 | 23.6 | Verified |
| 11 | 01/17/2008 | 23.5 | Verified |
| 12 | 01/18/2008 | 23.6 | Verified |
| 13 | 01/19/2008 | 23.5 | Verified |
| 14 | 01/20/2008 | 23.7 | Verified |
| 15 | 01/21/2008 | 23.7 | Verified |
| 16 | 01/22/2008 | 23.6 | Verified |
| 17 | 01/23/2008 | 23.6 | Verified |
| 18 | 01/24/2008 | 23.3 | Verified |
| 19 | 01/25/2008 | 23.4 | Verified |
| 20 | 01/26/2008 | 22.5 | Verified |
| 21 | 01/27/2008 | 23.6 | Verified |
| 22 | 01/28/2008 | 23.6 | Verified |
| 23 | 01/29/2008 | 23.5 | Verified |
| 24 | 01/30/2008 | 23.5 | Verified |
| 25 | 01/31/2008 | 23.6 | Verified |
| 26 | 02/01/2008 | 23.5 | Verified |
| 27 | 02/02/2008 | 23.7 | Verified |
| 28 | 02/03/2008 | 23.3 | Verified |
| 29 | 02/04/2008 | 23.6 | Verified |
| 30 | 02/05/2008 | 23.4 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Tommie Brown Hardwick in the Middle District of Alabama at (334) 223-7280.

**Asset List**

Assets published beginning on January 7, 2008 for Court Case No 2:06CR169-WKW

| Asset ID | Asset Description |
| --- | --- |
| 06-DEA-458904 | 2002 Chevrolet Tahoe |
| 06-DEA-459110 | 1965 Chevrolet Impala |
| 06-DEA-466449 | Mutual Savings Credit Union Account #88880-0, Value: $30,141.84 U.S. Currency |