**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CASE NO. 2:06-cr-169-WKW** |
| ) | |
| **CLIFF JOHNSON,** ) | |
| **DEMETRIA MILLS and** ) | |
| **JAMES CALVIN TALLEY** ) | |

## ORDER

Upon consideration of the government's Motion to Substitute Counsel (Doc. # 565), it is ORDERED that the motion is GRANTED.

DONE this 21st day of February, 2008.

                                              /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE