```
            IN THE UNITED STATES FEDERAL DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA,        *
     Plaintiff,                  *
                                 *
vs.                              *   CR. NO. 2:06cr-169-WKW
                                 *
CLIFF JOHNSON
                                 *
     Defendant.                  *
```

## MOTION FOR PRIVATE VIEWING OF DECEASED RELATIVE

COMES, James R. Cooper, Jr. , by and through Paul R. Cooper, who on behalf of his client Cliff Johnson, does move for a private viewing of a deceased relative as follows:

1. Defendant's mother, Ethel Johnson, has recently died.

2. The deceased mother, Ethel Johnson, is located at the Hillside Mortuary Funeral Home, 911 2nd Ave. S., Clanton, Alabama.

3. The funeral of the deceased is set for Thursday, March 14, 2008.

4. That defendant desires to have a private viewing of his deceased mother before she is buried.

Wherefore, these premises considered, Defendant Cliff Johnson moves the Court to direct the United States Marshal's Service to transport defendant to the Hillside Mortuary Funeral Home prior to the funeral on March 14, 2008 for a private viewing of the defendant's deceased mother, upon the payment of the fees and expenses of the United States Marshal's Service.

          RESPECTFULLY SUBMITTED,

          /s/ Paul R. Cooper, for
          James R. Cooper, Jr.  (COO021)
          COOPER & COOPER
          312 Scott Street
          Montgomery, Alabama 36104
          (334) 262-4887
          (334) 262-4880 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on the March 10, 2008 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

          Respectfully Submitted,

          s/Paul R. Cooper for
          James R. Cooper, Jr.
          COOPER & COOPER
          312 Scott Street
          Montgomery, AL 36104
          Phone: (334)262-4887
          Fax:   (334)262-4880
          E-mail: prc@cooperandcooperlaw.com
          ASB-1152-R78P