IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| CLIFF JOHNSON | ) | |

## ORDER

Upon consideration of the Defendant Cliff Johnson's Motion for Private Viewing of Deceased Relative (Doc. # 578), it is ORDERED that the motion is GRANTED. The United States Marshal Service is DIRECTED to transport defendant Cliff Johnson to the Hillside Mortuary Funeral Home on March 14, 2008, pursuant to the United States Marshal's Service directives and full discretion.

DONE this 11th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE