IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 2:06-CR-169-WKW
)
CLIFF JOHNSON )

AMENDED ORDER

Upon consideration of the Defendant Cliff Johnson's Motion for Private Viewing of

Deceased Relative (Doc. # 578), it is ORDERED that the motion is GRANTED. The United

States Marshal Service is DIRECTED to transport defendant Cliff Johnson to the Hillside

Mortuary Funeral Home prior to March 14, 2008, pursuant to the United States Marshal's

Service directives and full discretion.

DONE this 11th day of March, 2008.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE