```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   v. )    **CASE NO. 2:06cr169-WKW**
)
**CLIFF JOHNSON** )

### MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

1. On December 19, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. # 477) ordering defendant Cliff Johnson to forfeit the following property to the United States:

    One 1965 Chevrolet Impala VIN: 1646950D18229.

2. Notice of this forfeiture notifying all third parties of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Advertiser newspaper on January 31 and February 7 and 14, 2008; additionally, notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on January 7, 2008, and ending February 5, 2008, as required by

Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 566);

3.  No petition of interest has been filed on behalf of any third-party.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter the proposed Final Order of Forfeiture filed herewith.

Respectfully submitted this 19th day of March, 2008.

                  LEURA G. CANARY
                  UNITED STATES ATTORNEY

                  **/s/Tommie Brown Hardwick**
                  TOMMIE BROWN HARDWICK
                  Assistant United States Attorney
                  Bar Number: ASB4152 W86T
                  131 Clayton Street
                  Montgomery, Alabama 36104
                  Phone: (334) 223-7280
                  Fax: (334) 223-7135
                  E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney